IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

VICKER SICHANTHAVONG, §
§
Plaintiff, §
§
v. § 2:20-CV-23-Z-BR
§
TINA HERNANDEZ, §
§
Defendant. §

**ORDER ON MAGISTRATE JUDGE'S FINDINGS, CONCLUSIONS,
AND RECOMMENDATION TO DISMISS COMPLAINT**

On June 3, 2021, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation to Dismiss Complaint. (ECF No. 16). The Magistrate Judge recommends that the undersigned United States District Judge dismiss with prejudice Plaintiff's complaint for failure to comply with the Court's orders. (*Id.* at 1). The Magistrate Judge also recommends that the undersigned deny Plaintiff's "Motion for Default Judgment" (ECF No. 11), "Motion for Triple Default Judgment" (ECF 14), and "Motion for Criminal and Civil Judgment" (ECF No. 15).

Plaintiff filed a "Return of Summons" (ECF No. 17) on June 10, 2021 and an "Objection to the Finding, Conclusion, and Recommendation" (ECF No. 18) on June 15, 2021. The "Return of Summons" appears to be a copy of the tracking information for the summons, which appears to have been sent by certified mail to Defendant Tina Hernandez earlier this year. (ECF No. 17 at 1–3). However, this document does not indicate that service of the complaint was properly completed in accordance with the Federal Rules of Civil Procedure. (*See id.*). The "Objection" only states: "Under ECF user Manual Rule 1 of 2012 Pro se filer may, but does not have to, utilize the ECF system." (ECF No. 18 at 1).

After making an independent review of the pleadings, files, and records in this case and the findings, conclusion, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**.

The Court hereby **OVERRULES** Plaintiff's objections and **ORDERS** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. Plaintiff's "Motion for Default Judgment" (ECF 11), "Motion for Triple Default Judgment" (ECF No. 14), and "Motion for Criminal and Civil Judgment" (ECF No. 15) are **DENIED AS MOOT**.

**SO ORDERED.**

June 30, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE